# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES** :

:  **3:17-CR-399**

:

  v.

: **(JUDGE MANNION)**

**KISON LOYD,** :

  **Defendant** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Loyd' Motion for Compassionate Release because of the COVID-19 pandemic, **(Doc. 105)**, is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction due to his failure to exhaust the BOP administrative remedies under §3582(c)(1)(A)(i).

2. Insofar as Loyd is seeking the court to direct the BOP to find that he is eligible for home confinement designation under the CARES Act or to transfer him to house arrest, his motion is **DISMISSED** since the authority to make this determination lies with the BOP Director and not the court.

  s/ *Malachy E. Mannion*
  **MALACHY E. MANNION**
  **United States District Judge**

**Dated: September 22, 2020**
15-399-01-ORDER