# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:17-399 |
| KISON LOYD, | : | (JUDGE MANNION) |
| Defendant | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The petitioner's motion for reconsideration of sentence, which the court has construed as being filed pursuant to 28 U.S.C. §2255 **(Doc. 97)** is **DENIED**.

**(2)** A certificate of appealability pursuant to 28 U.S.C. §2253 **SHALL NOT ISSUE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: May 18, 2021**
17-399-02-ORDER